UNITED STATES, Appellee

v

WILLIAM P. McCABE, Private First Class,
U. S. Army, Appellant

17 USCMA 47, 37 CMR 311

No. 19,722

May 19, 1967

Stephen Wise Tulin, Esquire, Colonel Daniel T. Ghent, Major David J. Passamaneck, and Captain Raymond A. DiLuglio were on the pleadings for Appellant, Accused.

Colonel Peter S. Wondolowski, Lieutenant Colonel Francis M. Cooper, Captain Joel P. Schiff, and Captain Anthony L. Tersigni were on the pleadings for Appellee, United States.

Opinion of the Court

PER CURIAM:

Initially, we denied the accused's petition for grant of review, but later granted his application for reconsideration because the record of trial presented an issue as to which we had granted review in United States v Simpson, 17 USCMA 44, 37 CMR 308. For the reasons set out in the Simpson case, we affirm the decision of the board of review.